DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**MARIO SARRANO-ABURTO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-cr-00417 MCE |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: August 11, 2011<br>TIME: 9:00 AM |
| MARIO SARRANO-ABURTO, | JUDGE: Hon. Morrison England |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendant Mario Sarrano-Aburto, by and through his attorney, Dan Koukol, that the status conference of August 11, 2011 be vacated and that a status conference be set for September 29, 2011 at 9:00 AM.

This continuance is being requested because Mr. Hitt is presently unavailable and the parties need additional time to discuss the case and negotiate a plea agreement.

//

//

//

//

-1-

1 Counsel agree that the time between the signing of the requested order and September 29,
2 2011 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A)
3 and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are
4 outweighed by the interests of justice in permitting counsel adequate time to prepare.

DATED: AUGUST 10, 2011        Respectfully submitted,

/s/ DAN KOUKOL
_____
DAN KOUKOL
Attorney for defendant Mario Sarrano-Aburto


DATED: AUGUST 10, 2011        Respectfully submitted,

/s/ DAN KOUKOL FOR
_____
Jason Hitt
Assistant U.S. Attorney

**IT IS SO ORDERED.**

**Dated:  8/18/2011**

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE